**Opinion filed March 10, 2011**



# In The

# Eleventh Court of Appeals

_____

## No. 11-11-00019-CR

_____

## DAMANDA DENISE McCONNELL, Appellant

## V.

## STATE OF TEXAS, Appellee

### On Appeal from the 54th District Court

### McLennan County, Texas

### Trial Court Cause No. 2010-950-C2

### M E M O R A N D U M   O P I N I O N

Damanda Denise McConnell has filed in this court a motion to dismiss her appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and her counsel.

The motion is granted, and the appeal is dismissed.

March 10, 2011                                   PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.